1  DERRICK L. JOHNSON
2  CDC#AV-7574
3  P.O. BOX 5104
4  DELANO, CA 93216
5  PLAINTIFF PRO SE

**19 CV 0137**

6
7
8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF NEW YORK
10 DERRICK L. JOHNSON, PLAINTIFF,           CASE NO.
11 VS.                                      VERIFIED COMPLAINT FOR DECLATORY RELIEF AND TO
                                            RECOVER DAMAGES; PLAINTIFF'S EX PARTE APPLICATION, FOR GOOD
12 DCM ERECTORS, INC.; AND JOHN DOE 1, IN AN OFFICIAL  CAUSE, TO THE ABOVE-ENTITLED DISTRICT COURT (HEREINAFTER
                                            THE COURT) AND TO CHIEF JUDGE COLLEEN MCMAHON TO: 1) NOTE
13 CAPACITY, DEFENDANTS.                    THE FILING DATE ON THIS PAPER WHEN DELIVERED, IN ACCORDANCE
                                            WITH RULE 5(d) OF FEDERAL RULES OF CIVIL PROCEDURE (HEREINAF-
14                                          TER FRCP) AND THE "THE SUPREME COURT SHALL HAVE THE POWER TO PRE-
                                            SCRIBE GENERAL RULES OF PRACTICE AND PROCEDURE... FOR CASES IN
15                                          THE UNITED STATES DISTRICT COURTS..." PROVISION OF 28 USCS§2072,
                                            2) AUTHORIZE THE COMMENCEMENT OF THIS CIVIL ACTION WITHOUT PREPAY-
16                                          MENT OF FEES OR SECURITY THEREFOR AND AUTHORIZE PLAINTIFF TO PRO-
                                            CEED IN FORMA PAUPERIS, UNDER 28 USCS§1915; 3) ORDER A SPEEDY
17                                          HEARING OF THIS DECLATORY JUDGMENT ACTION, UNDER RULE 57 OF
                                            FRCP, AND 4) ORDER CLERK RUBY J. KRAJICK (IF RUBY J. KRAJ-
18                                          ICK IS NOT CURRENT CLERK, THEN CURRENT CLERK) TO ISSUE ALL
                                            PROCESS AND ORDER SERVICE OF ALL PROCESS ON DEFEN-
19                                          DANTS, PERSONALLY, BE MADE BY A U.S. MARSHAL UNDER RULE 4 OF
                                            FRCP AND 28 USCS§1915
20     1. THIS CIVIL ACTION ARISES UNDER THE LAWS OF THE UNITED STATES; THEREFORE, THE ORIGINAL JURISDICTION OF THE
21 COURT IS INVOKED UNDER 28 USCS§1331.
22     2. ON 6/29/12, IN NEW YORK, NY, DEFENDANTS DENIED PLAINTIFF THE FULL AND EQUAL BENEFIT OF ALL LAWS,
23 AS REQUIRED UNDER 42 USCS§1981.
24     3. AFTER DEFENDANTS DCM ERECTORS, INC., AND JOHN DOE 1 HAD CONSPIRED, IN A STATE OR TERRITORY, FOR
25 THE PURPOSE OF, DIRECTLY OR INDIRECTLY, DEPRIVING PLAINTIFF DERRICK L. JOHNSON (HEREINAFTER PLAINTIFF) OF THE
26 EQUAL PROTECTION OF THE LAWS, ON 6/29/12, IN NEW YORK, NY, DEFENDANTS DCM ERECTORS, INC., AND JOHN DOE
27 1 DID ACT IN FURTHERANCE OF SUCH CONSPIRACY, WHEREBY PLAINTIFF WAS INJURED IN PLAINTIFF'S PERSON AND
28 WAS DEPRIVED OF HAVING AND EXERCISING A RIGHT OF A CITIZEN OF THE UNITED STATES, BY UNLAWFULLY DISCHARGING

1. PLAINTIFF FROM EMPLOYMENT BECAUSE PLAINTIFF WAS NON WHITE.
2.    THEREFORE PLAINTIFF REQUESTS AND DEMANDS: 1) A COURT ORDER, ON THE DAY THIS PAPER IS DELIVERED, THAT: A) AUTHORIZES THE COMMENCEMENT OF THIS CIVIL PROCEEDING AND ACTION WITHOUT PREPAYMENT OF FEES OR SECURITY THERE-
3. ~~COMMENCEMENT OF THIS CIVIL PROCEEDING AND ACTION WITHOUT PREPAYMENT OF FEES OR SECURITY THERE~~
4. FOR AND AUTHORIZES PLAINTIFF TO PROCEED IN FORMA PAUPERIS, UNDER 28 USCS § 1915, B) ORDERS A SPEEDY
5. HEARING OF THIS DECLATORY JUDGMENT ACTION, UNDER RULE 57 OF FRCP, AND C) ORDERS CLERK RUBY J. KRAJICK
6. (IF RUBY J. KRAJICK IS NOT CLERK FOR THIS DISTRICT, THEN WHOEVER IS CURRENTLY CLERK FOR THIS DISTRICT)
7. TO ISSUE ALL PROCESS AND ORDERS A U.S. MARSHAL TO MAKE SERVICE OF ALL PROCESS ON DEFENDANT
8. DCM ERECTORS, INC., PERSONALLY, AND 2) A COURT ORDER THAT: A) DECLARES, UNDER 28 USCS § 2201, THE
9. RIGHT OF PLAINTIFF, ON 6/29/12, TO THE FULL AND EQUAL BENEFIT OF ALL LAWS AND THAT THE DENIAL OF SUCH
10. RIGHT BY DEFENDANT DCM ERECTORS, INC., WAS IN VIOLATION OF 42 USCS § 1981 AND B) RECOVERS DAMAGES,
11. UNDER ~~42 USCS § 1985~~ 42 USCS § 1985, OCCASIONED BY PLAINTIFF'S INJURY OR DEPRIVATION, AGAINST DEFENDANT DCM
12. ERECTORS, INC., IN A SUM CERTAIN OF $2,000,000.00.
13.                       <u>AFFIDAVIT AND DECLARATION</u>
14.    I VERIFY AND SWEAR UNDER PENALTY OF PERJURY THAT I AM PLAINTIFF IN THE ABOVE ACTION, THAT I AM
15. UNABLE TO PAY FEES OR GIVE SECURITY THEREFOR IN THIS CIVIL PROCEEDING AND ACTION, THAT I DO NOT POSSESS
16. ANY ASSETS, THAT I BELIEVE I AM ENTITLED TO REDRESS, AND THAT THE FOREGOING IS BASED ON MY PERSONAL
17. KNOWLEDGE TO WHICH I AM COMPETENT TO TESTIFY, IS ADMISSIBLE IN EVIDENCE, AND IS TRUE AND CORRECT. EXE-
18. CUTED ON DECEMBER 27TH, 2018      [signature]      PLAINTIFF PRO SE
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

DERRICK L. JOHNSON
CDC #AY-7574
P.O. BOX 5104
DELANO, CA 93216

SANTA CLARITA CA 913

20 DEC 2018 PM 3 L

CHIEF JUDGE COLLEEN MCMAHON
U.S. COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

10007-131699

"CONFIDENTIAL"

12-27-18